IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-MJ-00306 ERE |
| | ) | |
| DAVYON ROBERTS | ) | |

### NOTICE OF APPEAL OF MAGISTRATE JUDGE'S RELEASE ORDER

The United States of America, by and through its counsel, United States Attorney Jonathan Ross, and Lauren Eldridge, Special Assistant United States Attorney, files this notice of appeal, pursuant to Title 18, United States Code, Section 3145, of the Magistrate Judge's Order releasing defendant Davyon Roberts on conditions (Doc. No. 11). For grounds, the United States submits that the Magistrate Judge's ruling ordering the defendant's release on conditions was erroneous based upon the evidence presented at the defendant's detention hearing and should be reversed.

The United States will file a brief in support of its appeal of the Magistrate Judge's Order of Release promptly.

WHEREFORE, the United States prays that the Order of Release on conditions for Davyon Roberts be reversed, that the defendant be detained pending trial, as will be requested in its brief in support, and for all other just and proper relief.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: LAUREN ELDRIDGE
AR BAR# 2014230
Special Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
Lauren.Eldridge@usdoj.gov